STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. CHARLES BOHANEK, *ET ALS.*, DEFENDANTS-PETITIONERS.

*Mr. Benedict W. Harrington* for the petitioners.

*Mr. Arthur J. Sills* and *Mr. William J. Brennan, III* for the respondent.

February 13, 1968. Denied.

SUZANNE FIRRMAN, BY JOHN FIRRMAN, GUARDIAN *AD LITEM, ET AL.*, PLAINTIFFS-PETITIONERS, v. MARIE BARNETT, *ET ALS.*, DEFENDANTS-RESPONDENTS.

*Mr. Isadore I. Zlotkin* and *Mr. Roger K. Bentley, II* for the petitioners.

*Messrs. Campbell, Mangini, Foley & Lee* and *Mr. Michael J. Cernigliaro* for the respondents.

February 13, 1968. Denied.

AURELIO VASQUEZ, PETITIONER-RESPONDENT, v. R. NEUMANN & CO., RESPONDENT-PETITIONER.

*Mr. Isidor Kalisch* for the petitioner.

*Mr. Louis P. Church* for the respondent.

February 13, 1968. Denied.